## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

From a time unknown, but beginning at least in or about October 2017, and continuing through at least in or about June 2018, in the District of Maryland and elsewhere, the Defendant, **DOUGLAS BRIAN QUANDER** ("**QUANDER**"), did knowingly combine, conspire, confederate, and agree with **Keisha Renee Dawkins** ("**Dawkins**") and **Dwayne Mark Cabbell** ("**Cabbell**") to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

During the course of an investigation into **QUANDER**, **Dawkins**, and **Cabbell**, the Drug Enforcement Administration ("DEA") used a confidential source ("CS") and a law enforcement officer working undercover ("UC") to conduct several controlled buys of cocaine and/or cocaine base from **QUANDER** or, at **QUANDER**'s direction, from **Dawkins** or **Cabbell**. During each controlled buy, the CS or UC met with **QUANDER**, **Dawkins**, or **Cabbell**, as directed by **QUANDER**, and exchanged the government funds for cocaine or cocaine base. Information about the controlled buys is set forth in the chart below:

| Date | Drug | Payment | Weight (Grams) | Converted Drug Weight (Grams) |
|---|---|---|---|---|
| 10/17/17 | Cocaine | $1,200 | 27.47 | 5,494 |
| 12/14/17 | Cocaine | $1,200 | 26.52 | 5,304 |
| 1/10/18 | Cocaine | $1,200 | 28.19 | 5,638 |
| 2/16/18 | Cocaine | $600 | 14.84 | 2,968 |
| 3/12/18 | Cocaine | $1,300 | 27.57 | 5,514 |
| Subtotal | Cocaine | $5,500 | 124.59 | 24,918 |
| 5/31/18 | Cocaine Base | $1,200 | 27.53 | 98,309.63 |
| **TOTAL** | | **$6,700** | | **123,227.63** |

During the May 31, 2018, transaction listed above, **QUANDER** directed **Cabbell**, who **QUANDER** knew to be a drug addict vulnerable or otherwise susceptible to the criminal conduct, to deliver the cocaine base to the UC.

On June 25, 2018, law enforcement executed a search warrant at **QUANDER** and **Dawkins**'s residence in Bowie, Maryland. During the course of the search, law enforcement recovered and seized the following:

- one .38 special caliber Smith and Wesson, model 36 revolver, bearing serial number 2J928;
- one .45 caliber Glock, model 21, semi-automatic pistol, bearing serial number BRR131US;
- fourteen rounds of .45 caliber Speer ammunition;
- 316.8 grams of cocaine (which converts to 63,360 grams of Converted Drug Weight);
- 5.5 grams of heroin (which converts to 5,500 grams of Converted Drug Weight);
- 6.2 grams of marijuana;
- one silver digital scale with residue;
- one black digital scale with residue; and
- $19,122 in United States currency.

SO STIPULATED:

_____
Dwight J. Draughon
Assistant United States Attorney

_____
Douglas Brian Quander
Defendant

_____
Kevin McCants, Esq.
Counsel for Defendant

2